IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TINA Y. W.,

    Plaintiff,

v.                                     No. 3:19-CV-00639-S-BT

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 27, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS, THEREFORE, ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is DENIED. Plaintiff must pay the statutory filing fee within 20 days of the date of this order. If she fails to do so, this case will be dismissed without further notice.

**SO ORDERED**, this 29th day of April, 2019.

                                                KAREN GREN SCHOLER
                                                UNITED STATES DISTRICT JUDGE